No. 84–5447.   SPEAR v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 84–5453.   PATTERSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5460.   BAIN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–5465.   KORKOWSKI ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.

No. 84–5471.   RAMSEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5475.   FULLER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5478.   WALSH v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5483.   MCINTOSH v. UNITED STATES ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–5508.   DANIEL v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5509.   BEATY v. PATTON ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–5512.   NELSON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.